UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JERALD RANDALL,<br><br>        Plaintiff,<br><br>   v.<br><br>O. SMITH, D. VanLEER, T. ROBERTSON, MD McDONALD, T. FELKER, and N. GRANNIS,<br><br>        Defendants. | NO. CV-08-2393-EFS (PC)<br><br>**ORDER REQUIRING PLAINTIFF TO SUBMIT DOCUMENTS** |

   Before the Court is *pro se* state prisoner Plaintiff Jerald Randall's Complaint, alleging various constitutional violations under 42 U.S.C. § 1983. (Ct. Rec. 1.) Under the Prisoner Litigation Reform Act of 1995, the Court is required to screen prisoner complaints seeking relief against a governmental entity or an officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). Claims that are legally frivolous or malicious, claims that fail to state a claim upon which relief may be granted, and claims that seek monetary relief from a defendant who is immune from such relief are properly dismissed. *Id.* §§ 1915A(b)(1), (2) & 1915(e)(2).

   After review, the Court finds the complaint states plausible Eight Amendment violations under 42 U.S.C. § 1983 and orders Plaintiff to

ORDER * 1

prepare and return service documents so that the U.S. Marshals may serve the complaint on Defendants.

Accordingly, **IT IS HEREBY ORDERED**:

1. Service is appropriate for all named Defendants.

2. The Clerk of Court shall immediately send Plaintiff a USM-285 form for each Defendant to be served, as well as a summons, instruction sheet, and a copy of the complaint (Ct. Rec. 1).

3. Within **forty-five (45) days** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the Court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each Defendant listed in paragraph 1 above; and

    d. Seven copies of the complaint (Ct. Rec. 1).

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. After receiving the above-described documents, the Court will issue a separate Order requiring the U.S. Marshals to serve each Defendant listed in paragraph 1.

5. The Court cautions Plaintiff that failing to submit the above-described documents within **forty-five (45) days** will be construed as permission to **dismiss this lawsuit** under Federal Rule of Civil Procedure 41.

///
///
///
///

ORDER * 2

1 **IT IS SO ORDERED**.  The District Court Executive is directed to enter
2 this Order and provide a copy to Plaintiff and the U.S. Marshals Service.
3 **DATED** this ___29th___ day of January 2009.

                              S/ Edward F. Shea
                              EDWARD F. SHEA
                         United States District Judge

C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2393.serve.wpd

ORDER * 3