UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JERALD RANDALL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. SMITH, D. VanLEER, T. ROBERTSON, MD McDONALD, T. FELKER, and N. GRANNIS,<br><br>　　　　Defendants. | NO. CV-08-2393-EFS (PC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND DENYING REQUEST TO ISSUE ORDER TO HDSP** |

　　　Before the Court, without oral argument, is *pro se* state prisoner Plaintiff Jerald Randall's Motion for Extension of Time and Order Directing HDSP to Make Copies as Ordered by the Court. (Ct. Rec. 12.) Plaintiff seeks relief from the Court's prior Order requiring Plaintiff to submit seven (7) copies of the Complaint for service purposes. (Ct. Rec. 10.)  Plaintiff advises that the prison staff is willing to make only two (2) copies of the Complaint at one time and, therefore, Plaintiff is unable to comply with the Court's current deadline.

　　　The Court grants Plaintiff an extension of time to submit the required service documents.  The Court will not intervene in prison copy policies at this time.

///

ORDER * 1

1      Accordingly, **IT IS HEREBY ORDERED**:

2      1.  Plaintiff's Motion for Extension of Time and Order Directing HDSP to Make Copies as Ordered by the Court **(Ct. Rec. 12)** is **GRANTED** (extension) and **DENIED** (no intervention in prison copy policies) **IN PART.**

     2. No later than **May 8, 2009,** Plaintiff shall complete the Notice of Submission of Documents and submit the following documents to the Court:

         a.   The completed Notice of Submission of Documents;

         b.   One completed summons;

         c.   One completed USM-285 form for each Defendant; and

         d.   Seven copies of the complaint (Ct. Rec. 1).

     3. The Court cautions Plaintiff that failing to submit the above-described documents by May 8, 2009, will be construed as permission to **dismiss this lawsuit** under Federal Rule of Civil Procedure 41.

     **IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy to Plaintiff and the U.S. Marshals Service.

     **DATED** this 27th day of February 2009.

                           S/ Edward F. Shea
                            EDWARD F. SHEA
                      United States District Judge

`C:\WINDOWS\Temp\notes101AA1\ed.ca.08.2393.extens.wpd`

ORDER \* 2